PASSAIC NATIONAL BANK AND TRUST COMPANY, APPELLANT, v. KARL KNAPP, RESPONDENT.

Argued October 20, 1932—Decided January 5, 1933.

For the appellant, *Feder & Rinzler.*

For the respondent, *Spindel & Berr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 190.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, BODINE, BROGAN, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 13.

*For reversal*—None.